# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GERSON LUCIANO-RAMOS,

    Petitioner,

    v.

A. NEIL CLARK, et al.,

    Respondents.

Case No. C08-51RSL

ORDER OF DISMISSAL

On June 27, 2008, the Honorable Mary Alice Theiler, United States Magistrate Judge, issued her Report and Recommendation in the above-captioned matter. That Report and Recommendation was mailed to petitioner but was returned unopened on June 13, 2008, and the Order to Show Cause was returned unopened on June 30, 2008, as petitioner apparently no longer resides at the address on file with the Court.

Local Rule 10(f) requires parties to notify the court of any change of address or telephone number within ten days of the change. Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that petitioner has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is

ORDER OF DISMISSAL - 1

1 | DISMISSED without prejudice.
2 |     DATED this 27th day of August, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2